## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br>)<br>RONEY LOUIS HARRIS, )<br>Debtor(s) )<br>)<br>) | Chapter 13<br>Case No 17-31042-CJP |

### MOTION OF CHAPTER 13 TRUSTEE
### TO RECONVERT CASE TO CHAPTER 7

Now comes Denise M. Pappalardo, the Chapter 13 trustee (the "Trustee"), and respectfully moves that this Court reconvert this matter to a case under Chapter 7 of the United States Bankruptcy Code (the "Code"). In support thereof, the Trustee states as follows:

1. On December 13, 2017, the Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Act"). On April 13, 2018, the case was converted to a Chapter 13.

2. On June 20, 2018, the Trustee convened and presided at a § 341 meeting of creditors.

3. The Debtor is in arrears according to the terms of the proposed plan totaling $264.00 representing 1.4 monthly payments. Pursuant to §1326(a)(1) of the Code, the Debtor is to commence plan payments within 30 days of the filing of the plan. Failure to do so is grounds for reconverting the case to a Chapter 7 pursuant to 11 U.S.C. §1307( c)(4) of the Code.

4. Pursuant to the Agreed Order dated June 21, 2018, the Debtor is required to provide the Trustee with a copy of the declaration page of insurance for the White Street property by July 13, 2018, provide a copy of the 2017 income tax returns no later than October 19, 2018 and file a

certification regarding taxes/domestic support obligations by October 19, 2018. To date, the Debtor has failed to comply. Failure to do so is grounds for reconverting the Case to a Chapter 7 pursuant to 11 U.S.C. §1307(c)(1) as it is an unreasonably delay which is prejudicial to creditors.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order converting this case to a case under Chapter 7.

Respectfully submitted,
Standing Chapter 13 Trustee

Dated: 10/25/18

/s/Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>RONEY LOUIS HARRIS,<br>Debtor(s) | )<br>)<br>)<br>)  Chapter 13<br>)  Case No 17-31042-CJP<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within was sent to the Debtor, Debtor's counsel of record, and those parties who filed an appearance by first class mail, postage prepaid and/or electronically.

Dated: 10/25/18

/s/ Denise M. Pappalardo
Denise M. Pappalardo, BBO # 553293
Joanne Zoto Psilos, BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## SERVICE LIST

Richard King
Asst. United States Trustee
446 Main Street
Worcester, MA 01608

David W. Ostrander, Esq.
Chapter 7 Trustee
P.O. Box 1237
Northampton, MA 01061

Roney Louis Harris - Pro-Se Debtor
615 White Street
Springfield, MA 01108

*See attached Exhibit "A"*

```
Label Matrix for local noticing          Springfield                              AT&T Mobility
0101-3                                    U.S. Bankruptcy Court                   P.O. Box 10330
Case 17-31042                             300 State Street, Suite 220             Fort Wayne, IN 46851-0330
District of Massachusetts                 Springfield, MA 01105-2925
Springfield
Wed Oct 24 16:02:10 EDT 2018

Altisource Solutions, Inc.                Andrew Harmon, Esq.                     Assurant
1000 Abernathy Road, Ste. 200             150 California Street                   American Security Insurance Co.
Atlanta, GA 30328-5604                    Newton, MA 02458-1005                   260 Interstate N. Circle, SE
                                                                                  Atlanta, GA 30339-2210


CONNECTICUT LIGHT & POWER DBA EVERSOURC    Cardon Outreach                        Columbia Gas Of MA
107 SELDEN ST                              P.O. Box 850                           2025 Roosevelt Avenue
BERLIN, CT 06037-1616                      Colorado Springs, CO 80901-0850        Springfield, MA 01104-1657


Columbia Gas of Massachusetts              Connecticare, Inc                      Connecticut Light & Power dba Eversourc
P.O. 2025                                  30 Batterson Park Road                 Eversource Legal Dept - Honor Heath
Springfield, MA 01102-2025                 Farmington, CT 06032-2545              107 Selden St
                                                                                  Berlin, CT 06037-1616


David Rosen                                Deutsche Bank AG                       Eastern Acct. System of CT, Inc.
c/o Rosen Legal, LLC                       60 Wall Street                         P.O. Box 837
303 Wyman Street, Ste 300                  New York, NY 10005-2858                Newtown, CT 06470-0837
Waltham, MA 02451-1255


Enterprise Rent-A-Car                      Eversource                             Executive Realty Solutions
600 Corporate Park Drive                   P.O. Box 650851                        1031 Cricket Lane
St. Louis, MO 63105-4211                   Dallas, TX 75265-0851                  Woodbridge, NJ 07095-1586


Eye Disease Consultants, LLC               Fremont Reorganizing Corporation       Government National Mortgage Corporation
P.O. Box 45                                2727 East Imperial Highway             451 Seventh Street, Rm. B-133
Windsor, CT 06095-0045                     Brea, CA 92821-6713                    Washington, DC 20410-0001


Guaetta & Benson, LLC                      HSBC Bank USA, National Association    HSBC Bank USA, National Association
29 Billerica Road                          452 Fifth Avenue                       c/o Ocwen Loan Servicing, LLC
Chelmsford, MA 01824                       New York, NY 10018-2706                Attn: Bankruptcy Department
                                                                                  PO Box 24605
                                                                                  West Palm Beach, FL 33416-4605


Hampden County Superior Court              Harmon Law Offices                     Hartford Hospital
50 State Street                            150 California Street                  P.O. Box 1799
Springfield, MA 01103-2002                 Newton, MA 02458-1005                  Colorado Springs, CO 80901-1799


Hertz Global Holdings, Inc.                Korde & Associates, P.C.               Leopold & Associates PLLC
225 Brae Boulevard                         900 Chelmsford Street, Suite 3102      60 Long Ridge Road, Ste. 404
Park Ridge, NJ 07656-1870                  Lowell, MA 01851-8102                  Stamford, CT 06902-1842
```

| | | |
|---|---|---|
| Litton Loan Servicing, LP<br>4828 Loop Central Drive<br>Houston, TX 77081-2166 | Mass. Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 | Mortgage Electronic Registration Systems, In<br>P.O. Box 2026<br>Flint, MI 48501-2026 |
| NSTAR ELECTRIC COMPANY DBA EVERSOURCE<br>107 SELDEN ST<br>BERLIN, CT 06037-1616 | Ocwen Loan Servicing, LLC<br>P.O. Box 6723<br>Springfield, OH 45501-6723 | PHH Mortgage Corporation<br>1 Mortgage Way, Mail Stop SV01<br>Mount Laurel, New Jersey 08054-4637 |
| PHH Mortgage Corporation<br>P.O. Box 5452<br>Mount Laurel, NJ 08054-5452 | PHH Mortgage Services<br>P.O. Box 5954<br>Springfield, OH 45501-5954 | Paul Manning, Esq.<br>Korde & Associates, P.C.<br>900 Chelmsford St., Ste. 3102<br>Lowell, MA 01851-8102 |
| Prince Lobel Tye, LLP<br>100 Cambridge Street, Ste. 2200<br>Boston, MA 02114-2527 | Robert E. Monroe<br>3225 Blue Ridge Road<br>Suite 117<br>Raleigh, NC 27612-8060 | Robert Monroe, Esq.<br>14091 Falls of Neuse, Ste 200<br>Raleigh, NC 27614-9905 |
| Rosen Legal, LLC<br>303 Wyman Street, Ste 300<br>Waltham, MA 02451-1255 | Springfield Water & Sewer Commission<br>P.O. Box 3688<br>Springfield, MA 01101-3688 | Town of Glastonbury<br>P.O. Box 376<br>Glastonbury, CT 06033-0376 |
| Verizon<br>500 Technology Drive, Ste. 550<br>Weldon Spring, MO 63304-2225 | Verizon by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Walter Vail<br>P.O. Box 1327<br>Oak Bluffs, MA 02557-1327 |
| Denise M. Pappalardo<br>P. O. Box 16607<br>Worcester, MA 01601-6607 | Patrick Butler<br>BK Global Real Estate Services<br>1095 Broken Sound Parkway NW Ste 100<br>Boca Raton, FL 33487-3503 | Richard King<br>Office of the U. S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 |
| Roney Louis Harris<br>615 White St.<br>Springfield, MA 01108-3220 | | |