UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE: Roney Louis Harris<br>Debtor | : CHAPTER 7<br>: Case No. 17-31042-CJP<br>:<br>: |

**MOTION FOR DEFAULT FOR FAILURE TO COMPLY WITH
COURT'S ORDER TO RESPOND REGARDING THE STANDING ISSUE**

To the Honorable Christopher J. Panos, U.S. Bankruptcy Judge:

Debtor, Roney L. Harris ("Debtor"), moves this Court to default HSBC Bank USA National Association, As Trustee For Fremont Home Loan Trust 2006-A, Mortgage-Backed Certificates, Series 2006-A (hereinafter, "HSBC") for failure to comply with the Court's order further address the standing issue on or before September 18, 2018. Said Court order was entered on September 5, 2018.

Respectfully submitted,

Dated: October 25, 2018

Debtor,

By: _____
Roney L. Harris, pro se
615 White Street
Springfield, MA 01108
(413) 736-5754
ronharriss@juno.com

2

## **CERTIFICATION**

This will certify that a copy of the foregoing was mailed, postage prepaid, on this date, to the following:

Marcus Pratt, Esq.
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Denise M. Pappalardo, Trustee
P.O. Box 16607
Worcester, MA 01601

Office of the U.S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

_____
Roney L. Harris