# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re:
    Roney Louis Harris

    Debtor

Chapter 13

Case No. 17-31042-CJP

## FORMER CHAPTER 7 TRUSTEE'S MOTION TO APPEAR BY TELEPHONE AT HEARING ON CREDITORS' MOTION TO DISMISS CASE

To the Honorable Christopher J. Panos, U.S. Bankruptcy Judge:

Now comes David W. Ostrander, the former Chapter 7 Trustee ("Former Trustee") in the above captioned case, by his counsel, and respectfully requests that he be permitted to attend the Nonevidentiary Hearing on certain creditors' motion to dismiss this case, presently scheduled for **Friday, February 8, 2019, at 10 A.M.** in Worcester. In support of this motion, the Former Trustee respectfully represents as follows:

1. The Debtor filed, *pro se*, a Voluntary Chapter 7 Petition on December 13, 2017 (the "Petition Date").

2. David W. Ostrander was appointed Trustee.

3. On March 9, 2018, the Debtor filed a motion to convert his case to Chapter 13 (the "Motion To Convert").

4. After conducting a hearing on April 12, 2018, the Court allowed the Debtor to convert his case to Chapter 13 (docket #131).

5. On July 10, 2018 (docket #196), PHH Mortgage Corporation and HSBC Bank USA, N.A. (the "Creditors") filed a joint motion to dismiss (the "Motion To Dismiss") this case.

6. The same day, July 10, 2018 (docket #200), the Former Trustee filed a limited objection to the Motion To Dismiss, contending that the case should be <u>converted back to Chapter 7</u> as there were (and, upon information and belief, still are) significant non-exempt assets of the Debtor that should be liquidated for the benefit of the Bankruptcy Estate and the Debtor's creditors.

7. On April 23, 2018 (docket #143), the Former Trustee filed a motion for an administrative expense in the amount of $17,501.44. On April 30, 2018 (docket #154), the Debtor filed an objection to the motion for administrative expense. On May 4, 2018 (docket #155), the Debtor filed a Chapter 13 Plan. On June 21, 2018 (docket #190), the Former Trustee filed an objection to confirmation of the Debtor's Plan for the failure to treat the administrative expenses in his Plan. These matters are pending.

**Wherefore**, the Trustee respectfully requests that he be allowed to attend the above noted hearing by telephone.

Dated: January 15, 2019

David W. Ostrander, Former Chapter 7 Trustee

By: /s/ David W. Ostrander
David W. Ostrander, Esq., BBO#554004
Ostrander Law Office
36 Service Center Road, P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490
E: david@ostranderlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>　　Roney Louis Harris<br><br>　　　　　Debtor | Chapter 13<br><br>Case No. 17-31042-CJP |

**CERTIFICATE OF SERVICE**

I, David W. Ostrander, certify that I served a copy of the Trustee's Motion To Appear By Telephone At Hearing On Creditors' Motion To Dismiss Case on the following, in the manner indicated, on January 15, 2019:

| Office of the U.S. Trustee<br>(via ECF) | Chapter 13 Trustee<br>(via ECF) |
|---|---|
| Marcus Pratt, Esq.<br>Korde & Associates, P.C.<br>Counsel To PHH<br>(via ECF) | Stephanie Sprague, Esq.<br>Locke Lord LLP<br>Counsel To HSBC<br>(via ECF) |
| Roney Louis Harris<br>615 White Street<br>Springfield, MA 01108<br>(via first class mail) | |

/s/ David W. Ostrander
David W. Ostrander
Ostrander Law Office
P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490
E: david@ostranderlaw.com