UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  :
    Roney Louis Harris  :
        Debtor  :    Case No. 17-31042
  :
Address    615 White Street  :
               Springfield, MA 01108  :
  :
Last four digits of Social Security  :    Chapter 13
No(s)      4748  :

## OBJECTION TO ORDER RESTRICTING RECORD ON APPEAL

Debtor, Roney Louis Harris, objects to this Court's order restricting Debtor's records on appeal. In support of his objection, Debtor says the following:

1. The Court uses Rule 8009 of the Fed. R. Bankr. P. as a pretext to restrict Debtor's ability to remit "relevant" records to the Appellant Court for appellate review in the U.S. District Court. The contention is that the Rule requires docket numbers for each record Debtor submits for appellate review. Debtor finds no such requirement in Rule 8009, and contends that the rule merely requires relevant records that includes "any opinion, findings of fact, and conclusions of law relating to the issues on appeal, including transcripts of all oral rulings…" This does not comport with the Court's Order that gives notice that any record submitted by Debtor that is "designated without a docket number reference from the docket of this bankruptcy case will not be transmitted by the Clerk absent further order

of the Court." This does not account for relevant records that are not included in the Docket with a Docket reference number, and that also may be made available for appellate review.

2. The above referenced Order restricts Appellant/Debtor's ability to make such "relevant" records available for review in accordance with Rule 8009.

3. Debtor/Appellant asserts he should be allowed to submit all records that are referred to in the proceedings, as well as being considered an evidentiary foundation for the bankruptcy proceedings.

In view of the foregoing, Debtor/Appellant requests that Court abridge its Order to allow for the relevant records -- that Debtor makes available to the Clerk -- also to be transmitted by said Clerk.

Respectfully submitted,

February 11, 2019,

Debtor/Appellant,

By: _____
Roney Louis Harris, pro se
615 White Street
Springfield, MA 01108
413-736-5754

## CERTIFICATION

This will certify that a copy of the foregoing was mailed, postage prepaid, on this date of February 11, 2019 to the following:

Denise Pappalardo (Trustee)  
P.O. Box 16607  
Worcester, MA 01601

U.S. Trustee  
446 Main Street, 14th Floor  
Worcester, MA 01608

Marcus Pratt, Esq.  
Korde & Associates, P.C.  
900 Chelmsford Street, Ste. 3102  
Lowell, MA 01851

Stephanie Sprague, Esq.  
Locke Lord LLP  
111 Huntington Avenue  
Boston, MA 02119

_____  
Roney Harris